April 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ADEDAYO J. FASHAKIN, Appellant

NO. 14-11-01079-CV                    V.

FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

_____

This cause, an appeal from the Amended Final Summary Judgment signed September 13, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Adedayo J. Fashakin, to pay all costs in this appeal. We further order the decision certified below for observance.